No. 1059. SECURITIES & EXCHANGE COMMISSION *v.* LONG ISLAND LIGHTING CO. April 30, 1945. *Per Curiam:* It appearing that the cause has become moot, the judgment of the Circuit Court of Appeals is vacated and the case is remanded to the District Court with directions to dismiss the complaint. *Solicitor General Fahy, Messrs. Roger S. Foster, David K. Kadane* and *Theodore L. Thau* for petitioner. *Mr.*

**834**

*Harold R. Medina* for respondent.